| | |
|---|---|
| 1 | JAMES K. GUMBERG, Esq. (SBN 157151) |
| | ERON P. MALONE, Esq. (SBN 241190) |
| 2 | PATANE · GUMBERG |
| | Attorneys at Law |
| 3 | 4 Rossi Circle, Suite 231 |
| | Salinas, California 93907 |
| 4 | Telephone: (831) 755-1461 |
| | Facsimile: (831) 755-1477 |
| 5 | |
| | Attorneys for Defendant |
| 6 | SWIFT TILE COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | | |
|---|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA INC.; a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.  C 06 7052  CRB <br><br>**ORDER TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br>Case Management Date: 3/21/07 <br>Time: 9:00 am <br>Judge: Breyer <br>Courtroom: 8 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SWIFT TILE COMPANY, INC., a California corporation | ) ) ) | |
| Defendant. | ) ) | |

It is hereby ordered that James K. Gumberg, attorney for Defendant SWIFT TILE

– 1 –

COMPANY, INC. appear telephonically for the Case Management Conference scheduled for March 21, 2007 at 9:00 a.m. The number to contact him is (831) 417-3600.

IT IS SO ORDERED.

DATED: March 19, 2007



HON. JUDGE BREYER

Order to Appear Telephonically at Case Management Conference