1  JAMES K. GUMBERG, Esq. (SBN 157151)
   SERGIO H. PARRA, Esq. (SBN 247682)
2  PATANE · GUMBERG
   Attorneys at Law
3  4 Rossi Circle, Suite 231
   Salinas, California 93907
4  Telephone: (831) 755-1461
   Facsimile: (831) 755-1477
5
   Attorneys for Defendant,
6  SWIFT TILE COMPANY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DIVISION OF CALIFORNIA

10
    BRICKLAYERS AND ALLIED            )
11  CRAFTWORKERS LOCAL UNION NO.      )
    3, AFL-CIO; TRUSTEES OF THE       )    CASE NO.  C 06 7052 CRB
12  NORTHERN CALIFORNIA TILE          )    (Labor)
    INDUSTRY PENSION TRUST;           )
13  TRUSTEES OF THE NORTHERN          )
    CALIFORNIA TILE INDUSTRY          )
14  HEALTH AND WELFARE TRUST          )    [PROPOSED] ORDER TO CONTINUE
    FUND; TRUSTEES OF THE             )    MEDIATION
15  NORTHERN CALIFORNIA TILE          )
    INDUSTRY APPRENTICESHIP AND       )
16  TRAINING TRUST FUND; TILE         )
    INDUSTRY PROMOTION FUND OF        )
17  NORTHERN CALIFORNIA INC.; a not-  )
    for-profit California corporation; TILE )
18  EMPLOYERS CONTRACT                )
    ADMINISTRATION FUND; TRUSTEES     )
19  OF THE INTERNATIONAL UNION OF     )
    BRICKLAYERS AND ALLIED            )
20  CRAFTWORKERS PENSION FUND,        )
                                      )
21              Plaintiffs,           )
                                      )
22  v.                                )
                                      )
23  SWIFT TILE COMPANY, INC., a       )
    California corporation            )
24                                    )
                Defendant.            )
25  _____    )

26

27  The parties, through their respective counsel, duly filed its stipulation with this Court on

28                                         1

Case 3:06-cv-07052-JL   Document 19   Filed 05/01/07   Page 2 of 2

April 27, 2007.  This matter having been fully considered and made to the satisfaction of the Court;  IT IS ORDERED that Mediation be continued to a date no later than June 14, 2007.

IT IS SO ORDERED.

Dated: __May 1, 2007__          By: _____



Hon. Charles R. Breyer

2

*Case No. C 06 7052 CRB*

**[PROPOSED] ORDER TO CONTINUE MEDIATION**