| | |
|---|---|
| 1 | JAMES K. GUMBERG, Esq. (SBN 157151) |
| | SERGIO H. PARRA, Esq. (SBN 247682) |
| 2 | PATANE · GUMBERG |
| | Attorneys at Law |
| 3 | 4 Rossi Circle, Suite 231 |
| | Salinas, California 93907 |
| 4 | Telephone: (831) 755-1461 |
| | Facsimile: (831) 755-1477 |
| 5 | |
| | Attorneys for Defendant, |
| 6 | SWIFT TILE COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA INC.; a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,

    Plaintiffs,

v.

SWIFT TILE COMPANY, INC., a California corporation

    Defendant.

CASE NO. C 06 7052 JL (BZ)
(Labor)

**[PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**

Having considered the parties' stipulated request to continue the settlement conference

1

*Case No. C 06 7052 JL (BZ)*
**[PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**

which was received by this Court on December 19, 2007 and this matter having been fully considered and made to the satisfaction of the Court; IT IS ORDERED that Settlement Conference be continued to a date of January 16 2008 at 9 am

IT IS SO ORDERED.

Dated: 20 Dec 07    By: [signature]
                    Hon. _____

2