UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3,<br><br>  Plaintiff(s),<br><br>  v.<br><br>SWIFT TILE COMPANY,<br><br>  Defendant(s). | No. C06-7052 JL (BZ)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

The court having been advised that the defendant has entered bankruptcy and a stay is in effect, **IT IS HEREBY ORDERED** that the settlement conference scheduled for January 16, 2008 at 9:00 a.m. is **VACATED**. If the court is in error and either party believes that the settlement conference should proceed, please notify the court immediately. Otherwise, the parties are **ORDERED** to advise the court as soon as the stay is lifted so the settlement conference can be rescheduled.

Dated: January 7, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\BRICKLAYERS.VACATE.SC.wpd

1