UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS, ET AL.,            No. C 06-7052 JL

    Plaintiffs,

    v.                                  **ORDER MODIFYING Docket # 42**

SWIFT TILE COMPANY, ET AL.,

    Defendants.
_____/

       This Court was advised that defendant Swift Tile, Inc. Filed Chapter 7 bankruptcy on January 2, 2008 in the San Jose Division of the United States Bankruptcy Court (Case No. 08-50012 rle) (letter of Kimberly Hancock dated January 4, 2008). The Court, before receiving this letter, on motion and with no opposition, had shortened time and granted the motion for counsel to withdraw and for all court dates to be continued. Due to the automatic stay in bankruptcy, the Court hereby vacates, rather than continues, the court dates. The parties are ordered to advise the court as soon as the stay is lifted.

       IT IS SO ORDERED.

       DATED: January 16, 2008

                                             _____
                                             James Larson
                                             Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\06-7052\order-modify-42.wpd