**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS, ET AL.,                              No. C 06-7052  JL

       Plaintiffs,

    v.                                        **ADMINISTRATIVE CLOSURE**

SWIFT TILE COMPANY, ET AL.,

       Defendants.
_____/

     Defendant Swift Tile Company having filed for protection under Chapter

7 of the Bankruptcy Code, and an automatic stay being in effect, there  appears to be no

reason at this time to maintain the file as an open case  for statistical purposes, and the

Clerk is instructed to submit a JS-6  Form to the Administrative Office.

    Nothing contained in this Order shall be considered a dismissal or  disposition of this

action against Swift Tile Company, and, should further  proceedings against Defendant

Swift Tile Company become necessary or  desirable, any party may initiate it in the same

manner as if this Order  had not been entered.

     IT IS SO ORDERED.

DATED: November 19,  2009

                                            James Larson

                                    _____
                                        James Larson
                                    U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\06-7052\admin closure.wpd